# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

IVAN REYES,

      Plaintiff,

v.                                                      Case No. 2:26-cv-00113

UNITED STATES OF AMERICA,

      Defendant.

## ORDER TRANSFERRING CASE

This matter is assigned to the Honorable Joseph R. Goodwin, United States District Judge, and it is referred to the undersigned United States Magistrate Judge for initial review and submission of proposed findings and a recommendation for disposition pursuant to 28 U.S.C. § 636(b). Pending before the court is Plaintiff's Complaint (ECF No. 1), alleging that Defendant failed to protect him from an inmate attack at FCI Gilmer in Glenville, West Virginia. Thus, "a substantial part of the events or omissions giving rise to the claim" occurred in Glenville, West Virginia, which is located within the Northern District of West Virginia. Accordingly, the United States District Court for the Northern District of West Virginia, is a proper venue with jurisdiction over Plaintiff's claims, as that is where the cause of action arose. *See* 28 U.S.C. § 1402(b).

      Section 1406(a) of Title 28 of the United States Code provides as follows:

> The district court of a district in which is filed a case laying in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought.

28 U.S.C. § 1406(a).

The undersigned **FINDS** that, pursuant to the section 1406(a), it is in the interest of justice that this matter be transferred to the United States District Court for the Northern District of West Virginia, which is a proper venue where this matter could have been brought. Accordingly, it is hereby **ORDERED** that this matter be transferred to the United States District Court for the Northern District of West Virginia for additional proceedings. Plaintiff is directed to address any further information concerning this matter to that court, which will assign the case a new case number and take any further action as that court deems necessary.

The Clerk is directed to mail a copy of this Order to Plaintiff.

ENTER:     February 19, 2026

_____
Dwane L. Tinsley
United States Magistrate Judge